[No. 27388-4-I. Division One. August 10, 1992.]

PETER M. FORD, ET AL, *Appellants*, v. RED LION INNS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 89-2-09138-1, Ricardo S. Martinez, J., entered October 9, 1990. *Affirmed* by unpublished opinion per Grosse, C.J., concurred in by Baker and Agid, JJ. Now published at 67 Wn. App. 766.

[No. 28078-3-I. Division One. August 10, 1992.]

THE ESTATE OF JUDY ANN BRADY NORRIS, ET AL, *Appellants*, v. JOEL W. BAKER, JR., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Skagit County, No. 90-2-00086-1, Stanley K. Bruhn, J., entered February 25, 1991. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Webster, A.C.J., and Baker, J.

[No. 28340-5-I. Division One. August 10, 1992.]

DONNAMARIE TOGONON, *Appellant*, v. WILLIAM F. ARNOLD, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 89-2-12463-7, Norman W. Quinn, J., entered April 5, 1991. *Affirmed* by unpublished opinion per Webster, A.C.J., concurred in by Coleman and Forrest, JJ.